■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN H. JOHNSON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Oneida

County Court, Buckley, J.—arson, fourth degree.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.